■ In the Matter of KASEEM WILLIAMS, Petitioner, v SUPREME COURT, BRONX COUNTY, et al., Respondents. DISTRICT AT-TORNEY, NEW YORK COUNTY, Nonparty Respondent. [63 NYS3d 243]—The above-named petitioner having presented an applica-tion to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation hav-ing been had thereon, it is unanimously ordered that the ap-plication be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Manzanet-Daniels, J.P., Andrias, Gische, Kern and Singh, JJ.